ALBANY,
January, 1822.

WELLS
v.
HOWELL.

WELLS *against* HOWELL.

IN ERROR, on *certiorari*, to a Justice's Court. *Howell* sued *Wells* before the Justice, and declared against him, for that his (*Wells'*) horse had entered the plaintiff's field, and destroyed the grass, &c. there, to his damage of ten dollars.

*Wells* pleaded, that there was no fence around the field, when the damage was done, and admitted the trespass and the amount of damage: *Howell* demurred to the plea. It was admitted that there was no fence, as stated, and that there was no town by-law about fences, or cattle running at large. The Justice gave judgment for the plaintiff below, for ten dollars and costs.

*Per Curiam.* Every unwarrantable entry on another's land, is a trespass, whether the land be enclosed or not. (3 *Bl. Com.* 209. 3 *Selwyn's N. P.* 1101.) A person is equally answerable for the trespass of his cattle, as of himself. (3 *Bl. Com.* 211.) The defendant below was bound to show a right to permit his cattle to go at large; and it is conceded, that there was no town regulation on the subject. The judgment must be affirmed.

Judgment affirmed.

Every unwarrantable entry on the land of another, whether it be enclosed or not, is a trespass. As, where the defendant's cattle entered the uninclosed field of the plaintiff, and destroyed the grass, &c. it not appearing that there was any regulation of the town as to fences, or as to cattle running at large: *Held*, that the defendant was liable for the damage in an action of trespass.